UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA   )
                           )
         v.                )    Mag. Judge Case No.
                           )
                           )    04-1641-CBS
                           )
BILLIE CLEM RAE,           )
Defendant                  )

**AFFIDAVIT IN SUPPORT OF ARREST**

I, Kevin Donahue, Deputy U.S. Marshal, do hereby make oath before Charles B. Swartwood, United States Magistrate Judge, District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one Billie Clem Rae on a petition for revocation filed in the District of Columbia charging the defendant with violating his conditions of probation/supervised release. I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above.

_____
Kevin Donahue
Deputy U.S. Marshal

Subscribed and sworn to before me this 11th day of February, 2004.

_____
CHARLES B. SWARTWOOD
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MASSACHUSETTS