UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
       Plaintiff,
v.
                             CR 04-1641-CBS

BILLIE CLEM RAE,
       Defendant,

ORDER OF APPOINTMENT OF COUNSEL

February 11, 2004

SWARTWOOD, M.J.

    It is hereby ORDERED that Page Kelley of the Federal Defender for the District of Massachusetts, 408 Atlantic Avenue, 3rd floor, Boston, Massachusetts, (617) 223-8061, is appointed to represent the above-named defendant in all proceedings related to the above-entitled case.

                                      CHARLES B. SWARTWOOD, III
                                      MAGISTRATE JUDGE

                                      By the Court:

                                      /s/ Lisa B. Roland
                                      Lisa B. Roland
                                      Deputy Clerk